IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                        Case No. 10-00324-06-CR-W-DW

PABLO FIGUEREDO-CHAVIANO,

        Defendant.

## ORDER APPOINTING
## CRIMINAL JUSTICE ACT COUNSEL

The above-named defendant, having appeared before the United States Magistrate Judge on December 21, 2010 and having testified under oath and made an affidavit as to his/her financial ability to employ counsel, the United States Magistrate Judge finds that the defendant is financially unable to obtain counsel and defendant not having waived counsel, it is

ORDERED that John Jenab, 110 South Cherry, Suite 200, Olathe, Kansas, 66061, telephone number 913-390-5023, be, and is hereby, appointed to represent the defendant before the United States Magistrate Judge and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

                                                    /s/ John T. Maughmer
                                                    JOHN T. MAUGHMER
                                                    UNITED STATES MAGISTRATE JUDGE

Kansas City, Missouri
December 21, 2010