# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 10-00324-06-CR-W-DW |
| PABLO FIGUEREDO-CHAVIANO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is defendant Pablo Figueredo-Chaviano's motion to extend the motions deadline to July 12, 2011 (part of Doc. No. 82).

Due to Speedy Trial Act considerations, it is the consistent practice of this Court to deny general extensions of time to file pretrial motions in criminal cases if the request for an extension of time is not tied to a particular motion. Such a denial is made without prejudice to a defendant tendering a specific motion to the Court together with a request to file that motion out of time. For this reason, it is

ORDERED that defendant Figueredo-Chaviano's motion to extend the motions deadline to July 12, 2011 (part of Doc. No. 82), is DENIEDWITHOUT PREJUDICE to defendant tendering any specific motion which he may wish to file with the Court together with a motion to file that motion out of time.

    /s/ JOHN T. MAUGHMER
John T. Maughmer
United States Magistrate Judge